UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MCKENZI TAYLOR, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>vs.<br><br>KC VIN, LLC, d/b/a PIZZA BAR, et al.,<br><br>    *Defendants.* | Case No.: 4:19-cv-00110-NKL<br><br>Hon. Nanette K. Laughrey |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff McKenzi Taylor and Defendants KC VIN, LLC, d/b/a Pizza Bar, The Cordish Companies, Inc., and Entertainment Consulting International, LLC, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of Plaintiff's claims with prejudice, with each party to bear their own costs. This stipulation does not affect the claims of any putative class members.

Respectfully submitted,

**MCKENZI TAYLOR,**

Date: April 27, 2022

By: */s/ Michael Ovca*
    One of Plaintiff's Attorneys

Benjamin H. Richman*
brichman@edelson.com
Michael Ovca*
movca@edelson.com
EDELSON PC
350 N. LaSalle Street, 14th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370

Rafey S. Balabanian*

1

rbalabanian@edelson.com
Eve-Lynn J. Rapp*
erapp@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 212-9300

*Admitted pro hac vice

William C. Kenney (Mo. Bar No. 63001)
bkenney@billkenneylaw.com
BILL KENNEY LAW FIRM, LLC
PO Box 561
Lee's Summit, Missouri 64063
Telephone: (816) 842-2455

Attorneys for Plaintiff McKenzi Taylor

**KC VIN, LLC, D/B/A PIZZA BAR, THE CORDISH COMPANIES, INC., and ENTERTAINMENT CONSULTING INTERNATIONAL, LLC,**

Date: April 27, 2022

By: /s/ Whitney M. Smith (with permission)
   One of Defendants' Attorneys

W. James Foland, MO Bar # 25022
Jacqueline Sexton, MO Bar # 53262
Zach T. Bowles, MO Bar # 70531
FOLAND, WICKENS, ROPER, HOFER & CRAWFORD, P.C.
1200 Main Street, Suite 2200
Kansas City, MO 64105
Telephone: (816) 472-7474
Email: jfoland@fwpclaw.com
jsexton@fwpclaw.com

Lauri A. Mazzuchetti*
lmazzuchetti@kelleydrye.com
Whitney M. Smith*
wsmith@kelleydrye.com
Glenn T. Graham*
ggraham@kelleydrye.com
KELLEY DRYE & WARREN LLP

One Jefferson Road
Parsippany, New Jersey 07054
Telephone: (973) 503-5900

David I. Zalman*
dzalman@kelleydrye.com
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7985

*Admitted pro hac vice

*Attorneys for Defendants KC VIN, LLC,
d/b/a Pizza Bar, The Cordish Companies,
Inc., and Entertainment Consulting
International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 27, 2022, the foregoing document was electronically filed with the Court's Electronic Filing System and will be served electronically on all registered attorneys of record.

*/s/ Michael Ovca*

3